| | |
|---|---|
| 1 | D.L. Rencher, Esq.(SBN221104)<br>RENCHER LAW GROUP, P.C. |
| 2 | 1438 Market Street, 1st Floor<br>San Francisco, CA 94102 |
| 3 | Tel: (415) 877-4486<br>Fax: (415) 552-4486 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>MILAGRO MALDONADO |
| 6 | GAIL C. TRABISH, ESQ. (SBN 103482) |
| 7 | BOORNAZIAN, JENSEN & GARTHE<br>A Professional Corporation |
| 8 | 555 12th Street, Suite 1800<br>Oakland, CA  94607 |
| 9 | Telephone: (510) 834-4350<br>Facsimile: (510) 839-1897 |
| 10 | Attorneys for Defendant |
| 11 | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILAGRO MALDONADO, | ) | Case No.:   3:14-cv-03896 EDL |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO** |
| vs. | ) ) | **CONTINUE FURTHER CASE**<br>**MANAGEMENT CONFERENCE** |
| TARGET CORPORATION, and Does 1 to 30, | ) ) ) | |
| Defendants. | ) ) ) ) | Complaint Filed:  July 2, 2014<br>[San Mateo County Superior Court Case<br>#CIV529349] |

Plaintiff MILAGRO MALDONADO and Defendant TARGET CORPORATION, through their respective counsel, hereby stipulated pursuant to Civil Local Rule 7-12 as follows:

WHEREAS the Court rescheduled the Initial Case Management Conference to January 27, 2015.

-1-

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
USDC Case No.  3:14-cv-03896-EDL

WHEREAS the case has settled and all settlement proceeds have been paid save the amount of the attorney's lien of $1,994.62 from the initial attorney retained by Plaintiff, Southwest Law Center. Plaintiff's counsel herein has attempted to negotiate the lien with the Southwest Law Center, but to date has not resolved the issue and anticipates submitting the matter to arbitration and the arbitration being complete by March 30, 2015.

**THEREFORE, the parties stipulate as follows:**

1. The further Case Management Conference set for January 27, 2015 shall be vacated and continued to a date convenient to the court's calendar in April 2015; and

2. An updated joint Case Management Conference Statement shall be submitted 7 days prior to the further Case Management Conference.

DATED: January 16, 2015                          RENCHER LAW GROUP, P.C.


By:   /s/ D. L. Rencher, Esq.
      D.L. Rencher, Esq
      Attorneys for Plaintiff
      MILAGRO MALDONADO

DATED: January 16 , 2015

                                                 BOORNAZIAN, JENSEN & GARTHE
                                                 A Professional Corporation


By:  /s/ Gail C. Trabish
     Gail C. Trabish, Esq.
     Attorneys for Defendant
     TARGET CORPORATION

-2-

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
USDC Case No.  3:14-cv-03896-EDL

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

THE CASE MANAGEMENT CONFERENCE NOW SET FOR JANUARY 27, 2015, SHALL BE ~~VACATED AND A NEW DATE SHALL BE SET ON~~ CONTINUED TO APRIL 28, 2015 AT 3:00 PM.  AN UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT SHALL BE FILED BY APRIL 21, 2015.

DATED: January 22, 2015

By: _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

27494\680758